1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JEROME A. CLAY,                              No.  2:17-cv-00749 KJM GGH PS

12                    Plaintiff,

13           v.                                    ORDER

14    AT&T INTEGRATED DISABILITY
      SERVICE CENTER, et al.,
15
                      Defendants.
16

17           Plaintiff filed a Complaint seeking recovery of withheld disability payments from

18    Defendant's Disability Plan, ECF No. 1, together with a Motion to Proceed with the action in

19    forma pauperis.  This case was referred to this court pursuant to Eastern District of California

20    Local Rule [hereafter referred to as "LR"] 302(c)(21).

21           The court, having reviewed the affidavit of plaintiff finds that it makes the showing

22    required by 28 U.S.C. 1915(a)(1).  Accordingly, the request to proceed in forma pauperis will be

23    granted.

24           The determination whether plaintiff may proceed in forma pauperis does not complete the

25    present inquiry.  Title 28 U.S.C. § 1915(e)(2) directs the court to dismiss a case at any time if the

26    allegation of poverty is untrue, or if the action is frivolous or malicious, fails to state a claim on

27    which relief may be granted, or seeks monetary relief against an immune defendant.

28    ////

                                                    1

1    In this regard, the undersigned observes that plaintiff does not allege a jurisdictional basis

2    to be in federal court.  Plaintiff may be attempting to assert jurisdiction of this court under 28

3    U.S.C. section 1332, diversity jurisdiction.  However, plaintiff sues several defendants, but

4    addresses the citizenship of only one defendant.  Moreover, the claim does not presently meet the

5    jurisdictional threshold of damages in excess $75,000 exclusive of interest and costs.  28 U.S.C.

6    §1332(a).  The court further observes, however, that the action could be one for the recovery of

7    benefits under ERISA, 29 U.S.C. section 1132, a federal statute which gives ERISA plan

8    beneficiaries a right of action, section 1132(a), and which establishes concurrent jurisdiction in

9    federal and state courts for ERISA plan beneficiaries, section 1132(e).

10   The undersigned cannot fill in all the blanks for plaintiff.  Lower federal courts are courts

11   of limited jurisdiction, i.e., they only have the jurisdiction to adjudicate disputes that Congress

12   has bestowed upon them.  Plaintiff must assert the basis of jurisdiction which permits him to sue

13   in federal court, and then must allege facts which would make out a claim under that

14   jurisdictional basis.

15   In light of the foregoing and good cause appearing, IT IS ORDERED that:

16   Plaintiff must file an amended complaint within thirty days from the filed date of this

17   Order.  Failure to file the amended complaint may result in a recommendation that the entire

18   action be dismissed with prejudice.

19   Dated: April 10, 2017

                                          /s/ Gregory G. Hollows
20                                UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28