1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JEROME A. CLAY,                              No.  2:17-cv-749 KJM GGH

12                      Plaintiff,

13    AT&T Integrated Disability Service            ORDER
      Center,
14
                      Defendant.
15

16

17         The parties to this action have stipulated to a 14 day extension of time for defendant to

18    respond to plaintiff's Amended Complaint.  Good cause appearing therein, IT IS HEREBY

19    ORDERED that:

20         1.     Defendant's time to file an Answer or other response to plaintiff's First Amended

21    Complaint shall be extended up to July 27, 2017.

22         **IT IS SO ORDERED**.

23    Dated:  July 17, 2017

24                                        /s/ Gregory G. Hollows
                                       UNITED STATES MAGISTRATE JUDGE
25

26

27

28