UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. CLAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AT&T INTEGRATED DISABILITY<br>SERVICE CENTER, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-00749- KJM-GGH<br><br>ORDER |

　　　　Defendants' counsel Daniel M. Combs requests permission to appear at the hearing scheduled on defendants' Motion to Dismiss scheduled for hearing on September 21, 2017 at 9:00 a.m. by telephone. Counsel represents that plaintiff does not object to this request and indicates that local counsel will be present at the hearing.

　　　　In light of the foregoing and good cause appearing IT ISHEREBY ORDERED that:

　　　　1.　　Counsel Daniel M. Combs may appear at the September 21, 2017 hearing by telephone;

////

////

////

////

1

1     2.     The Courtroom Deputy Clerk for the undersigned shall make the arrangements for said appearance with Mr. Combs who can be reached at (303) 536-1833.

**IT IS SO ORDERED**.

Dated: September 19, 2017

          /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE