UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME A. CLAY,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T INTEGRATED DISABILITY SERVICE CENTER, INDIVIDUALLY AND ADMINISTERED BY SEDGWICK CMS, SEDGWICK CMS, and AT&T INCOME DISABILITY PLAN,<br><br>    Defendants. | No. 2:17-cv-00749-KJM-GGH<br><br>ORDER |

The parties to this action have stipulated to an extension of time for defendant AT&T Umbrella Benefit Plan No. 3 to respond to the Third Amended Complaint, ECF No. 25 (listed on the docket as the Second Amended Complaint), for a period of two weeks. ECF No. 25.

In light of the foregoing and good cause appearing therefore IT IS HEREBY ORDERED that:

Defendant shall file its response to the Third (Second) Amended Complaint on or before November 7, 2017.

**IT IS SO ORDERED**.

Dated: October 23, 2017

                                            /s/ Gregory G. Hollows
                                UNITED STATES MAGISTRATE JUDGE

1