UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME A. CLAY,<br><br>Plaintiff,<br><br>v.<br><br>AT&T INTEGRATED DISABILITY SERVICE CENTER, INDIVIDUALLY AND ADMINISTERED BY SEDGWICK CMS, SEDGWICK CMS, and AT&T INCOME DISABILITY PLAN,<br><br>Defendants. | No. 2:17-cv-00749-KJM-GGH<br><br><br>ORDER |

The parties to this action have stipulated that defendants' time to respond to the plaintiff's Third Amended Complaint shall be moved from November 7, 2017 to November 14, 2017. ECF No. 28. Good cause appearing therefore IT IS HEREBY ORDERED that:

Defendant's Response to Plaintiff's Third Amended Complaint shall be filed on or before November 14, 2017.

**IT IS SO ORDERED**.

Dated: November 8, 2017

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE