1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JEROME A. CLAY,                              No.  2:17-CV-00749-KJM-GGH

12              Plaintiff,

13        v.                                      ORDER

14   AT&T UMNRELLA BENEFIT PLAN
     NO. 3,
15
                Defendant.
16

17

18        Pursuant to plaintiff's request and good cause therefore, the plaintiff, who appears pro se,

19   is hereby granted permission to use the ECF system to file and serve documents pursuant to

20   Eastern District of California Local Rule 133(b)(3).

21        Plaintiff shall contact the Clerk of the Court, 501 I Street, Fourth Floor, for enrollment in

22   and instructions regarding use of the ECF filing system.

23        IT IS SO ORDERED.

24   Dated: February 26, 2018
                                           /s/ Gregory G. Hollows
25                                   UNITED STATES MAGISTRATE JUDGE

26

27

28

                                               1