UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME A. CLAY,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 3,<br><br>    Defendant. | No. 2:17-cv-00749 KJM GGH<br><br><br>ORDER |

    Plaintiff appears in this action pro se and in forma pauperis.

    On February 22, 2018, this court held a telephonic hearing to discuss the status of the case. During that hearing the parties agreed that an administrative appeal that had been under consideration by defendant has been resolved. At the end of the discussion, the parties and the court agreed to the following actions to be taken:

    1.    Plaintiff shall file an amended complaint within 21 days of the hearing, or by March 15, 2018;

    2.    Plaintiff indicated he intends to add another claim regarding the loss of his insurance coverage when his Short Term Disability Claim was denied, and although there was no objection by defendant to its addition *per se* at this time; defendant does not believe it is viable on its merits, and reserves all rights to challenge it, as well as any previous assertion concerning the

1

loss of insurance coverage;

3. Plaintiff is cautioned that he must raise all appropriate grounds for relief in this amendment as it will be the last amendment permitted;

4. Defendant may make a Motion to Dismiss pursuant to the Federal Rules of Civil Procedure (see Fed. R. Civ. P. 15 (a)(3)), and the Local Rules, and this will be the last such motion as any order entered by the court after hearing will be final on the issue of pleading and the case will move on, if at all, to further scheduling;

5. Plaintiff will be accorded access to the ECF filing system; until that is finalized defendant agrees plaintiff may serve all documents by email.

Dated: March 8, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE