UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME A. CLAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AT&T BENEFIT PLAN NO. 3,<br><br>　　　　Defendant. | No. 2:17-cv-00749-KHM-GGH<br><br><br><br>ORDER |

Without objection from plaintiff, defendant has requested permission to appear by telephone at the hearing scheduled for May 3, 2018 at 9:00 a.m. Good cause appearing therefore, permission for defendant's attorney to appear by telephone will be granted. Defense attorney is advised to contact the court's Courtroom Deputy to get instructions for establishing the necessary connection to the court.

IT IS THEREFORE ORDERED that:

1. Defendant's request for counsel to attend by telephone the hearing scheduled for May 3, 2018 at 9:00 a.m. is GRANTED;

////

////

////

////

1

2. Defense counsel shall, well in advance of the hearing date, contact this court's Courtroom Deputy for instructions on how to effect the necessary telephone connection.

**IT IS SO ORDERED.**

Dated: April 16, 2018

<u>/s/ Gregory G. Hollows</u>
UNITED STATES MAGISTRATE JUDGE