UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEROME A. CLAY,

    Plaintiff,

v.

AT&T Umbrella Benefit Plan No. 3,

    Defendant.

No. 2:17-cv-00749-KJM-GGH

ORDER

Plaintiff appears in this Americans with Disabilities Act action pro se and in forma pauperis. On June 4, 2018, the magistrate judge to whom the matter was assigned issued Findings and Recommendations, ECF No. 52, recommending that plaintiff's First, Third and Fourth claims proceed as addressed in the Findings and Recommendations and that all other claims be dismissed pursuant to defendant's partial motion to dismiss. ECF No. 44. The parties were given twenty-one (21) days to file any objections to the foregoing, id. at 11:8-10, and warned that failure to do so might waive the right to appeal this District Court's Order. Neither party has filed objections.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed

1

the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. Claims 1, 3 and 4 shall proceed in accordance with the Findings and Recommendations;

2. Claims 2, 5 through 11, and 13 are DISMISSED without leave to amend;

3. Claim 12 is dismissed as surplusage;

4. The Clerk of the Court shall remove the gavel on ECF No. 52 on the court's docket; and

5. This case is referred back to the assigned magistrate judge for all further pretrial proceedings.

**IT IS SO ORDERED.**

DATED: September 25, 2018.

_____
UNITED STATES DISTRICT JUDGE