UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME A. CLAY,<br><br>            Plaintiff,<br><br>      v.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 3,<br><br>            Defendant. | No. 2:17-cv-749-KJM-GGH<br><br><br><br>ORDER |

The Defendant's unopposed Motion to extend the time to answer the Third Amended Complaint shall be granted for the reasons stated in the motion. The defendant's response will now be due on or before October 23, 2018.

**IT IS SO ORDERED.**

Dated: October 18, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1