UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME A. CLAY,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 3,<br><br>    Defendant. | No. 2:17-cv-0749-KJM-GGH<br><br><br>ORDER |

On September 25, 2018 the district court adopted this court's issued Findings and Recommendations and dismissed Claims 2, 5 and 11 through 13, allowing the complaint to proceed on Claims 1, 3 and 4. ECF No. 55. At this time, then, it is time to proceed with this litigation in accordance with the following:

1.  Defendants shall file an answer to claims 1, 3 and 4 of the operative complaint within 20 days of the date of this Order;

2.  Within 30 days after the filing of that Answer the parties shall exchange any documents not previously exchanged pursuant to Federal Rule of Civil Procedure 26(a)(1).

3.  Within 30 days after the exchange of documents the parties shall file with the that scheduling report addressed in Federal Rule of Civil Procedure 26(f) to permit the court to

1

fashion a Scheduling Order to advance this matter to trial.  In no event shall that scheduling report be filed later than December 20, 2018.

**IT IS SO ORDERED.**

DATED:  October 15, 2018

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE