| | |
|---|---|
| 1 | Daniel M. Combs, Colo. Bar No.: 34740 |
| 2 | (appearing *pro hac vice*) |
|   | CAMPBELL LITIGATION, P.C. |
| 3 | 730 Seventeenth St., Suite 730 |
|   | Denver, Colorado 80202 |
| 4 | Tel: (303) 536-1833 |
|   | Email: daniel@campbell-litigation.com |

Daniel M. Combs, Colo. Bar No.: 34740
(appearing *pro hac vice*)
CAMPBELL LITIGATION, P.C.
730 Seventeenth St., Suite 730
Denver, Colorado 80202
Tel: (303) 536-1833
Email: daniel@campbell-litigation.com

Alexander L. Nowinski, #304967
HARDY ERICH BROWN & WILSON
A Professional Law Corporation
455 Capitol Mall, Suite 200
Sacramento, California 95814
Tel: (916) 449-3801
Email: anowinski@hebw.com

**Attorneys for Defendant AT&T Umbrella Benefit Plan No. 3**

(Additional party on page 3)

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT – SACRAMENTO DIVISION

| | |
|---|---|
| JEROME A. CLAY,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 3<br><br>    Defendants. | Case No. 2:17-cv-00749-KJM-KJN<br><br>**STIPULATION AND ORDER TO CONTINUE AND RE-SET SUMMARY JUDGMENT BRIEFING SCHEDULE AND HEARING** |

Jerome A. Clay, Jr.
4143 Riverbrook Court
Stockton, CA 95219
Tel: (209) 603-9852
Email: jclay7@sbcglobal.net

*Pro se* **Plaintiff**

---
2:17-cv-00749-KJM-KJN     1     **STIPULATION AND ORDER TO CONTINUE AND RE-SET SUMMARY JUDGMENT BRIEFING SCHEDULE AND HEARING**

Defendant AT&T Umbrella Benefit Plan No. 3 ("Defendant"), by and through its undersigned counsel, and Plaintiff Jerome A. Clay ("Plaintiff" or "Mr. Clay"), appearing *pro se*, stipulate to continue and re-set the summary judgment briefing schedule set forth in the Court's February 8, 2019 Scheduling Order (ECF No. 67), and state as follows in support of the stipulation:

1. The parties agree that this Employee Retirement Income Security Act of 1974 ("ERISA") denial of disability benefits lawsuit should be resolved through cross motions for summary judgment

2. The parties stipulate to a seven (7) week extension of the summary judgment deadlines. The extension is necessary because *pro se* Plaintiff, Mr. Clay, is studying for and will be taking the California Bar Examination scheduled for July 30-31, 2019. Defendant's counsel also is in need of additional time to prepare a summary judgment brief to accommodate various briefing deadlines in June 2019, and Defendant does not oppose and agrees to the seven (7) week extension to accommodate Mr. Clay's Bar examination studies.

3. Accordingly, the Parties stipulate to re-set the summary judgment briefing schedule as follows:

- Deadline to file cross motions for summary judgment: **From June 28, 2019 to August 16, 2019**;
- Deadline to file any oppositions to cross motions for summary judgment: **From July 26, 2019 to September 13, 2019**;
- Deadline to file any reply briefs: **From August 16, 2019 to October 4, 2019**; and
- Hearing on cross motions for summary judgment: **From September 12, 2019, at 10:00 a.m. to October 31, 2019, at 10:00 a.m.**.

4. The stipulated extensions will not prejudice either party.

5. This is the first stipulation to extend the summary judgment briefing

schedule in this case.

Dated: June 10, 2019.

| | |
|---|---|
| */s/ Jerome A. Clay* (as authorized on June 9, 2019) | CAMPBELL LITIGATION, P.C. |
| Jerome A. Clay | */s/ Daniel M. Combs* |
| *Pro se* Plaintiff | Daniel M. Combs, Colo. Bar No. 34740 |
| | (admitted *pro hac vice*) |
| | |
| | HARDY ERICH BROWN & WILSON |
| | Alexander L. Nowinski, #304967 |
| | |
| | **Attorneys for Defendant AT&T Umbrella Benefit Plan No. 3** |

**IT IS SO ORDERED.**

Dated: June 12, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

clay.749